UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOBBIE ALLEN WOODS, | Case No. 19-cv-01350-JCS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| CITY OF HAYWARD, et al., | |
| Defendants. | Re: Dkt. No. 14 |

The Court finds the pending motion to dismiss (dkt. 14) suitable for resolution without oral argument and VACATES the hearing set for August 30, 2019. The motion is taken under submission, and the Court will issue an order resolving the motion in due course. The case management conference set for August 30, 2019 is CONTINUED to November 8, 2019 at 2:00 PM.

**IT IS SO ORDERED.**

Dated: August 28, 2019

JOSEPH C. SPERO
Chief Magistrate Judge